| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | Stuart L. Gasner SBN – 164675 |
| 2 | sgasner@kvn.com |
| | David Silbert SBN – 173128 |
| 3 | dsilbert@kvn.com |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111 |
| | Tel:    (415) 391-5400 |
| 5 | Fax:   (415) 397-7188 |
| 6 | WILLIAMS & CONNOLLY LLP (Of Counsel) |
| | Dane H. Butswinkas (Pro Hac Vice Forthcoming) |
| 7 | dbutswinkas@wc.com |
| | R. Hackney Wiegmann (Pro Hac Vice Forthcoming) |
| 8 | hwiegmann@wc.com |
| | Andrew W. Rudge (Pro Hac Vice Forthcoming) |
| 9 | arudge@wc.com |
| | 725 12th Street, NW |
| 10 | Washington, DC 20005 |
| | Tel:    (202) 434-5000 |
| 11 | Fax:   (202) 434-5029 |

*Attorneys for Defendants UBS AG, UBS Securities, LLC,*
*UBS Limited, and James Gibbons*

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **Bank of the West,** | ) |
| | ) **Case No. 3:09-cv-03280 MHP** |
| Plaintiff, | ) |
| vs. | ) |
| | ) **STIPULATION AND [PROPOSED]** |
| **UBS AG; UBS Securities, LLC; UBS** | ) **ORDER EXTENDING DATE TO** |
| **Limited; James Gibbons; and Does 1-10,** | ) **RESPOND TO COMPLAINT** |
| | ) |
| Defendants. | ) |
| | ) |

**STIPULATION**

WHEREAS, plaintiff Bank of the West ("BOTW") filed this action in San Francisco Superior Court on June 18, 2009;

WHEREAS, defendants UBS AG; UBS Securities, LLC; UBS Limited; and James Gibbons (collectively "Defendants") removed the action on July 17, 2009;

WHEREAS, Defendants intend to move to dismiss the action, but are mindful of the Court's standing order that motions to dismiss shall not be filed before the initial Case Management Conference except by leave of Court; and

WHEREAS, BOTW intends to move to remand the action to State Court, and the parties believe that it will be most efficient for the Court and the parties to resolve BOTW's remand motion before addressing a motion to dismiss;

IT IS HEREBY STIPULATED that the date for Defendants to respond to the Complaint should be extended to 10 days after defendants are served with a ruling on BOTW's forthcoming motion to remand. This Stipulation is without prejudice to, and does not waive, defendant UBS Limited's objections to personal jurisdiction in this action.

DATED: July 24, 2009                KEKER & VAN NEST, LLP

                                    By: /s/ David J. Silbert
                                            DAVID J. SILBERT

                                    *Attorney for Defendants UBS AG, UBS Securities, LLC,
                                    UBS Limited, and James Gibbons*

DATED: July 24, 2009                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                    By: /s/ Patrick Doolittle
                                            PATRICK DOOLITTLE
                                    *Attorney for Plaintiff Bank of the West*

**[PROPOSED] ORDER**

Based upon the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for defendants UBS AG; UBS Securities, LLC; UBS Limited; and James Gibbons to respond to the Complaint is extended. Defendants shall have until ten days after being served with the Court's ruling on BOTW's forthcoming motion to remand to move to dismiss or otherwise respond.

IT IS SO ORDERED.

DATED:   7/28/2009



IT IS SO ORDERED

Judge Marilyn H. Patel