ORIGINAL

KEKER & VAN NEST, LLP
Stuart L. Gasner SBN – 164675
sgasner@kvn.com
David Silbert SBN – 173128
dsilbert@kvn.com
710 Sansome Street
San Francisco, CA 94111
Tel: (415) 391-5400
Fax: (415) 397-7188

WILLIAMS & CONNOLLY LLP (Of Counsel)
Dane H. Butswinkas (Pro Hac Vice Pending)
dbutswinkas@wc.com
R. Hackney Wiegmann (Pro Hac Vice Pending)
hwiegmann@wc.com
Andrew W. Rudge (Pro Hac Vice Pending)
arudge@wc.com
725 12th Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029

*Attorneys for Defendants UBS AG, UBS Securities LLC, UBS Limited, and James Gibbons*




**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

**BANK OF THE WEST,**

**Plaintiff,**

**vs.**

**UBS AG; UBS SECURITIES LLC; UBS LIMITED; JAMES GIBBONS, and DOES 1-10 Inclusive,**

**Defendants.**

**Case No. 3:09-cv-03280-MHP**

**APPLICATION OF R. HACKNEY WIEGMANN FOR ADMISSION PRO HAC VICE AND ~~[PROPOSED]~~ ORDER**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that R. Hackney Wiegmann hereby applies to appear as counsel *pro hac vice* on behalf of Defendants in the above-captioned action.

This application is made pursuant to Rule 11-3 of the United States District Court, Northern District of California on the grounds that R. Hackney Wiegmann has met the requirements for admission *pro hac vice* to this Court, as described in the declaration of R. Hackney Wiegmann served and filed herewith.

DATED: July 27, 2009

KEKER & VAN NEST, LLP

By: [signature]
David J. Silbert

*Attorney for Defendants UBS AG, UBS Securities LLC, UBS Limited, and James Gibbons*

DECLARATION OF R. HACKNEY WIEGMANN

I, R. Hackney Wiegmann, declare:

1. I have been retained by Defendants UBS AG, UBS Securities LLC, UBS Limited, and James Gibbons to appear on their behalf in the above-captioned action, and I hereby apply to appear as counsel *pro hac vice* in this Court, pursuant to Rule 11-3 of the United States District Court, Northern District of California.

2. I am not a resident of California. I am an active member in good standing of the bars of the Commonwealth of Virginia (1989) and the District of Columbia (1991).

3. I agree to abide by the Standards of Professional Conduct set forth in Rule 11-4, to comply with General Order No. 45 (Electronic Case Filing), and to become familiar with the Local Rules and Alternative Dispute Resolution programs of this Court.

4. I request permission of the Court to appear as counsel *pro hac vice* in this matter in association with local counsel Stuart L. Gasner, who is attorney of record for Defendants. Mr. Gasner is a partner at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco, California 94111, (415) 391-5400.

5. Payment in the amount of $210.00 has been submitted on my behalf to the Clerk of this Court along with this Application.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: July 23, 2009

R. Hackney Wiegmann

**~~PROPOSED~~ ORDER**

Good cause shown, R. Hackney Wiegmann is hereby admitted *pro hac vice* in this matter.

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Marilyn H. Patel

Honorable Marilyn Hall Patel
United States District Judge

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP 710 Sansome Street, San Francisco, California 94111.

On July 27, 2009, I served the following documents:

**APPLICATION OF R. HACKNEY WIEGMANN FOR ADMISSION PRO HAC VICE AND [PROPOSED] ORDER**

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, Inc., whose address is 859 Harrison Street, Suite A, San Francisco, CA 94107, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Patrick Doolittle, Esq.
QUINN EMANUEL URQUHART OLIVER & HEDGES LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.: (415) 875-6600
Fax: (415) 875-6700

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 27, 2009, at San Francisco, California.

Arlene Picar