ORIGINAL

RECEIVED

JUL 27 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KEKER & VAN NEST, LLP
   Stuart L. Gasner SBN – 164675
2  sgasner@kvn.com
   David Silbert SBN – 173128
3  dsilbert@kvn.com
   710 Sansome Street
4  San Francisco, CA 94111
   Tel:    (415) 391-5400
5  Fax:    (415) 397-7188

6  WILLIAMS & CONNOLLY LLP (Of Counsel)
   Dane H. Butswinkas (Pro Hac Vice Pending)
7  dbutswinkas@wc.com
   R. Hackney Wiegmann (Pro Hac Vice Pending)
8  hwiegmann@wc.com
   Andrew W. Rudge (Pro Hac Vice Pending)
9  arudge@wc.com
   725 12th Street, NW
10 Washington, DC 20005
   Tel:    (202) 434-5000
11 Fax:    (202) 434-5029

12

13 *Attorneys for Defendants UBS AG, UBS Securities LLC,*
   *UBS Limited, and James Gibbons*

14

15                 UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
16                   SAN FRANCISCO DIVISION

17

18 BANK OF THE WEST,                         ) Case No. 3:09-cv-03280-MHP
                                             )
19          Plaintiff,                       )
                                             )
20      vs.                                  ) APPLICATION OF ANDREW W. RUDGE
                                             ) FOR ADMISSION PRO HAC VICE AND
21 UBS AG; UBS SECURITIES LLC; UBS           ) [PROPOSED] ORDER
   LIMITED; JAMES GIBBONS, and DOES 1-10     )
22 Inclusive,                                )
                                             )
23          Defendants.                      )
                                             )
24                                           )

25 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

26

27      PLEASE TAKE NOTICE that Andrew W. Rudge hereby applies to appear as counsel *pro hac*

28 *vice* on behalf of Defendants in the above-captioned action.

                                        1
   Motion for Admission *Pro Hac Vice* of Andrew W. Rudge
   Case No. 3:09-cv-03280-MHP

1    This application is made pursuant to Rule 11-3 of the United States District Court, Northern

2    District of California on the grounds that Andrew W. Rudge has met the requirements for admission *pro*

3    *hac vice* to this Court, as described in the declaration of Andrew W. Rudge served and filed herewith.

4

5    DATED: July 27 2009                    KEKER & VAN NEST, LLP

6                                           By: _____

7                                                    David J. Silbert

8                                           *Attorney for Defendants UBS AG, UBS Securities LLC, UBS*
                                            *Limited, and James Gibbons*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           2
Motion for Admission *Pro Hac Vice* of Andrew W. Rudge
Case No. 3:09-cv-03280-MHP

1    <u>DECLARATION OF ANDREW W. RUDGE</u>

2    I, Andrew W. Rudge, declare:

3    1.    I have been retained by Defendants UBS AG, UBS Securities LLC, UBS Limited, and

4    James Gibbons to appear on their behalf in the above-captioned action, and I hereby apply to appear as

5    counsel *pro hac vice* in this Court, pursuant to Rule 11-3 of the United States District Court, Northern

6    District of California.

7    2.    I am not a resident of California.  I am an active member in good standing of the bars of

8    the State of New York (1998) and the District of Columbia (1999).

9    3.    I agree to abide by the Standards of Professional Conduct set forth in Rule 11-4, to

10   comply with General Order No. 45 (Electronic Case Filing), and to become familiar with the Local

11   Rules and Alternative Dispute Resolution programs of this Court.

12   4.    I request permission of the Court to appear as counsel *pro hac vice* in this matter in

13   association with local counsel Stuart L. Gasner, who is attorney of record for Defendants.  Mr. Gasner is

14   a partner at the law firm of Keker & Van Nest LLP, located at 710 Sansome Street, San Francisco,

15   California 94111, (415) 391-5400.

16   5.    Payment in the amount of $210.00 has been submitted on my behalf to the Clerk of this

17   Court along with this Application.

18   I declare under penalty of perjury under the laws of the United States of America and the State of

19   California that the foregoing is true and correct.

20   Dated: July 23, 2009

21                                                     Andrew W. Rudge

22

23                            ~~PROPOSED~~ ORDER

24   Good cause shown, Andrew W. Rudge is hereby admitted *pro hac vice* in this matter.

25   IT IS SO ORDERED.

26

27   Honorable Marilyn Hall Patel

28

3

Motion for Admission *Pro Hac Vice* of Andrew W. Rudge
Case No. 3:09-cv-03280-MHP

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP 710 Sansome Street, San Francisco, California 94111.

On July 27, 2009, I served the following documents:

### APPLICATION OF ANDREW W. RUDGE FOR ADMISSION PRO HAC VICE AND [PROPOSED] ORDER

by **COURIER,** by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, Inc., whose address is 859 Harrison Street, Suite A, San Francisco, CA 94107, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

Patrick Doolittle, Esq.
QUINN EMANUEL URQUHART OLIVER &
HEDGES LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel.:   (415) 875-6600
Fax:   (415) 875-6700

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 27, 2009, at San Francisco, California.

_____
Arlene Picar

445461.01

PROOF OF SERVICE
Case No. CV 09 3280 BZ