QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Kenneth R. Chiate (Bar No. 39554)
  kenchiate@quinnemanuel.com
  Brian Timmons (Bar No. 155916)
  briantimmons@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
  danposner@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California  90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for Plaintiff Bank of the West

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BANK OF THE WEST,<br><br>          Plaintiff,<br><br>     vs.<br><br>UBS AG; UBS SECURITIES LLC; UBS LIMITED; JAMES GIBBONS; and DOES 1-10 Inclusive,<br><br>          Defendants. | CASE NO. 3:09-cv-03280-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFF BANK OF THE WEST'S MOTION TO REMAND** |

## STIPULATION

Pursuant to Local Rule 6-1, plaintiff Bank of the West and defendants UBS AG; UBS Securities, LLC; UBS Limited; and James Gibbons (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Bank of the West filed this action in San Francisco Superior Court on June 18, 2009;

WHEREAS, Defendants removed the action on July 17, 2009;

WHEREAS, Bank of the West's motion to remand the action to State Court is currently due on Monday, August 17, 2009;

WHEREAS, Bank of the West's counsel has had a personal matter arise and has requested that Defendants agree to extend the time for Bank of the West to move to remand by one week;

WHEREAS, Bank of the West and Defendants have agreed to extend the deadline for Bank of the West's motion to remand by one week;

WHEREAS, because of a scheduling conflict, Defendants' counsel has requested that Bank of the West not notice its motion to remand for a hearing date earlier than October 5, 2009;

IT IS HEREBY STIPULATED as follows:

The deadline for Bank of the West to move to remand this action to State Court shall be extended by one week to Monday, August 24, 2009.

Bank of the West shall notice its motion to remand for hearing on or after October 5, 2009, depending on the Court's calendar.

DATED: August 12, 2009                KEKER & VAN NEST, LLP

By_____/s/_____
   David J. Silbert
   Attorney for Defendants UBS AG, UBS Securities,
   LLC, UBS Limited, and James Gibbons

21464/3050205.1

Case No. 3:09-cv-03280-MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO MOVE TO REMAND

| | | |
|---|---|---|
| 1 | DATED: August 12, 2009 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | By  /s/ |
| 4 | | Patrick Doolittle<br>Attorney for Plaintiff Bank of the West |

**[PROPOSED] ORDER**

Based upon the parties' stipulation, and good cause appearing, IT IS HEREBY ORDERED that the deadline for plaintiff Bank of the West to move to remand this action to State Court is extended. Bank of the West shall have until Monday, August 24, 2009 to move to remand. Bank of the West shall notice its motion for a date not earlier than October 5, 2009.

IT IS SO ORDERED.

DATED: 8/13/2009



Hon.
United

_____

21464/3050205.1

Case No. 3:09-cv-03280-MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO MOVE TO REMAND

## Attestation

I, Patrick Doolittle, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order.  I hereby attest that concurrence in the filing of this Stipulation and [Proposed] Order was obtained from the other signatory.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

           /s/ *Patrick Doolittle*